IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MICHAEL FLYNN ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 16 CV 4087 |
| v. ) | |
| ) | Judge Darrow |
| PLATINUM SUPPLEMENTAL ) | |
| INSURANCE, INC. ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs. Plaintiff's putative class claims are dismissed without prejudice and without costs.

Respectfully submitted,

**PLAINTIFF**                                        **DEFENDANT**

**MICHAEL FLYNN**                        **PLATINUM SUPPLEMENTAL INSURANCE , INC.**


s/Daniel A. Edelman                          s/Bart T.. Murphy (with permission)
By one of his attorneys                       By one of its attorneys
Daniel Edelman                                   Bart T. Murphy
Edelman, Combs, Latturner & Goodwin LLC    Ice Miller, LLP
20 S. Clark St., Suite 1500                 2300 Cabot Dr., Ste. 455
Chicago, IL 60603                              Lisle, IL 60532
312-739-4200